Anton H. BROCKELMAN, Jr., Appellee,

v.

Jacques HATTER, Hatter Coal Company, Inc., and Sherman Coal Company, Appellants.

Supreme Court of Pennsylvania.

Argued Sept. 17, 1996.

Decided June 19, 1997.

### ORDER

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

NIGRO, J., dissents.